# TRIAL COURT OFFICIAL'S
# REQUEST FOR EXTENSION OF TIME TO FILE RECORD

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
4/29/2015 12:24:44 PM
CATHY S. LUSK
Clerk

Court of Appeals No. (If known): 12 - 15 - 00048 - CR

Trial Court Style: State of Texas vs. Chase Allen Gilliam

Trial Court & County: 3rd + Henderson Co.    Trial Court No.: C-20,707

Date Trial Clerk's Record Originally Due:

Date Court Reporter's/Recorder's Record Originally Due: March 20, 2015

Anticipated Number of Pages of Record: N/A

I am responsible for preparing a record in this appeal but I am unable to file the record by the original due date for the following reason/s:    (Check all that apply - attach additional pages if necessary.)

☒ to the best of my knowledge, the Appellant has made no claim of indigence and has failed to either the required fee or to make arrangements to pay the fee for preparing the record.

☐ my duties listed below preclude working on this record:

☒ Other. (Explain.): The Defendant hired an attorney Mr. Ryan Russo, and I was advised they no longer wished to appeal and that the COA would be notified on 4-13-15

I anticipate this record will be completed and forwarded to the 12th Court of Appeals by _____, and I hereby request an additional _____ days within which to prepare it. TEX. R. APP. P. 37.3.

In compliance with TEX. R. APP. P. 9.5(e), I certify that a copy of this notice has been served on counsel for all parties to the trial Court's judgment or order being appealed. I further certify by my signature below that the information contained in this notice is true and within my personal knowledge.

4-29-15
Date

903-275-6495
Office Phone Number

stenobrandi@gmail.com
E-mail Address (if available)

Signature Brandi Ray

Printed Name Brandi Ray

Official Title Official Court Reporter